UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20745-CIV-LENARD/WHITE

**GUS LANIER**,

    Plaintiff,

v.

**TIMOTHY RYAN, et al.**,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 7), DENYING LEAVE TO PROCEED IN FORMA PAUPERIS, AND DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 7), issued on March 9, 2011. On March 28, 2011, Plaintiff filed his Objections to the Magistrate Judge's Report ("Objections," D.E. 8). The Report recommends denial of leave to proceed in forma pauperis because Plaintiff is a "successive filer" pursuant to 28 U.S.C. § 1915(g) and recommends dismissal of the Complaint without prejudice. The Report notes that Plaintiff is an abusive filer who has filed at least 70 other prior cases. The Report finds that Plaintiff is not in imminent danger of serious physical harm and the case should be dismissed pursuant to § 1915(g). Finally, the Report notes the dismissal should be without prejudice to Plaintiff moving to reopen this case upon payment of the full filing fee of $350.00 within fourteen days. Plaintiff's rambling Objections are

without merit. After an independent review of the Report, the Objections, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 7) is **ADOPTED**;

2. Plaintiff's Complaint (D.E. 1), filed on or about March 4, 2011, is **DISMISSED WITHOUT PREJUDICE**, to the extent Plaintiff may move to reopen the case upon payment of the full filing fee of $350.00 within fourteen days of dismissal;

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of March, 2011.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**